UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:22-mj-02425-Louis

UNITED STATES OF AMERICA
v

CHARLES LIVINGSTON ANDERSON II,
            Defendant.
_____/

FILED BY____DGJ____D.C.
Mar 16, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   _____
BROOKE ELISE LATTA
Assistant United States Attorney
FLA Bar No.     105315
11200 NW 20th Street, Suite 101
Miami, FL 33172
Tel: (305) 619-7484
Fax: (305) 619-7444
Email: brooke.latta@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES LIVINGSTON ANDERSON II,<br><br>Defendant. | )<br>)<br>)  Case No. 1:22-mj-02425-Louis<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of __November 1, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Purchase of a Firearm by Means of a False Statement |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Georgie Garcia, Deportation Officer, ICE
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: __March 15 2022__

_____
Judge's signature

City and state: __Miami, Florida__    Lauren F. Louis, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Georgie Garcia, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

2.  I am a federal law enforcement officer employed by the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE-ERO"), and its predecessor the U.S. Department of Justice, Immigration and Naturalization Service and have been so employed since approximately March 3, 1997. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses to include firearms trafficking offenses. I have approximately twenty-five (25) years of law enforcement experience, during which I have participated in hundreds of criminal and administrative immigration related investigations. I am currently assigned to the Miami Field Office, ICE-ERO Fugitive Operations Unit.

3.  This affidavit is for the limited purpose of establishing probable cause that **Charles Livingston Anderson II ("ANDERSON")**, did purchase a firearm by means of a false statement, in violation of Title 18, United States Code, Section 922(a)(6).

4.  The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. I have

not included each and every fact known to me and to other law enforcement officers involved in this investigation, but only the facts sufficient to establish probable cause.

## PROBABLE CAUSE

### *Initial Investigation*

5. In August 2021, Charles Livingston Anderson II ("ANDERSON"), began purchasing multiple firearms of the same make and model,[1] at the Miami Police Depot, a Federal Firearms License dealer ("FFL") in Miami, Florida.

6. On or about August 16, 2021, ANDERSON purchased nine (9) firearms and paid $3,133.20 in cash. Seven (7) of the nine (9) firearms were Taurus G2C 9mm pistols. Two (2) of the nine (9) firearms were Palmetto State Armory pistols.

7. Less than a month later, on September 1, 2021, ANDERSON purchased ten (10) more firearms from the Miami Police Depot and paid $3,226.05 in cash.

8. On September 15, 2021, ANDERSON purchased an additional ten (10) firearms from the Miami Police Depot and paid $3,594.70 in cash.

9. On September 28, 2021, ANDERSON purchased twelve (12) firearms from the Miami Police Depot and paid $3,220.70 in cash. All twelve (12) firearms were Taurus G2C 9mm pistols.

10. On October 15, 2021, ANDERSON purchased fourteen (14) firearms from the Miami Police Depot and paid $4,130.20 in cash.

### *Law Enforcement Encounters ANDERSON*

11. On November 1, 2021, ANDERSON arrived at the Miami Police Depot to retrieve

---

[1] In your Affiant's training and experience, individuals engaged in dealing in firearms without a license will often purchase numerous firearms of the same make and model.

2

the firearms he had previously purchased. Fourteen (14) of the firearms were Taurus G2C 9mm pistols, and three (3) of the firearms were Glock model 23, 27, and 29 pistols.

12. While outside of the Miami Police Depot, ATF agents approached ANDERSON for the purpose of issuing him an ATF cease-and-desist letter. During this recorded interaction, ANDERSON admitted that he knew it was illegal to purchase firearms for other people. ANDERSON advised agents that he purchased the Taurus firearms from the Miami Police Depot because he can buy them for $250 and sell them online for a profit between $300-$350.

13. Ultimately, ATF seized the seventeen (17) firearms that ANDERSON purchased on November 1, 2021. ANDERSON inquired whether he could keep the three (3) Glock pistols, because he purchased those pistols for himself.

14. Agents also recovered the ATF Form 4473 that ANDERSON completed in connection with the firearms he purchased on November 1, 2021. The ATF Form 4473 reflects that ANDERSON selected "Yes" to question Section 21.a which asks "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." ANDERSON then signed and certified his answers which has the following warning above his signature, "I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

### *Federal Search Warrant is Executed on ANDERSON's Residence*

15. On November 4, 2021, ATF executed a federal search warrant at ANDERSON'S

residence, located at 1842 Northwest 67th Street, Miami, Florida ("the Residence"). Not a single firearm that ANDERSON had purchased since August 2021 was recovered in ANDERSON's Residence.

16. A query was conducted by Industry Operations Investigators to determine if ANDERSON had a valid or active FFL or NFA manufacturing license. The query was met with negative results confirming that ANDERSON did not have a valid manufacturing or dealing license.

## CONCLUSION

Based on the foregoing facts, I respectfully submit that that there is probable cause to support a criminal complaint charging **Charles Livingston Anderson II ("ANDERSON")** with violations of 18 U.S.C. § 922(a)(6) (false statement during a firearms purchase).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
GEORGIE GARCIA
Ice Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by Face Time
this \_\_15\_\_ day of March, 2022, at Miami, Florida.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE